■ BORIS GARFINKEL v. LIZA P. GARFINKEL.— Motion for leave to appeal to the Court· of Appeals granted. Settle order. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY BARTONE.— Motion for leave to appeal as a poor person denied. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. EUGENE GARNER.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together ·with the original record, with this court, on or before March 1, 1960, with notice of argument for the April 1960 Term of this court. Miss Florence M. Kelley of 100 Centre Street, New York, New York, is assigned as counsel for the appellant for the purposes of the appeal. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT CONKLIN against NEW YORK STATE DIVISION OF PAROLE et al.— Motion to dismiss appeal· granted, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before March 31, 1960, with notice of argument for April 12, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT CONKLIN against NEW YORK STATE DIVISION OF PAROLE et al.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the Attorney-General of the State of New York and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before March 31, 1960, with notice of argument for April 12, 1960, said appeal to be argued or submitted when reached. Alvin Ashley, Esq. of 141 Broadway, New York, New York, is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK BRIGANTI.— Motion for leave to prosecute as a poor person denied. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH ERSKINE against HENRY NOBLE, as Warden of the New York City Penitentiary.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JERRY ROBERTSON.— Motion for leave to appeal as a poor person denied. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.